WAWD (Rev. 12/11) Prisoner Civil IFP

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Case Number: **C17 5914 RBC**

JASON LEE SUTTON,

FILED    LODGED
RECEIVED

NOV 01 2017

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Plaintiff

vs.

HOSPICE CARE SERVICES
and others,

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS BY A PRISONER BRINGING A CIVIL ACTION**

**DO NOT use this form if you are bringing a Petition for Writ of Habeas Corpus.**

Defendant(s)

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) __JASON LEE SUTTON__ declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security thereof. The nature of my action is *briefly* stated as follows: My Grandmother (Plaintiff Virginia Hughes Sutton), died suspiciously, and untimely. I believe that her death was caused by defendants, for financial gain of the Sutton Estate. My portion of the Estate was stolen, without due process afforded to me.

In support of this application, I answer *all* of the following questions: I am emotionally distraught, and I have suffered damages.

1. Are you currently incarcerated?

[X] Yes  If "Yes" state the place of your incarceration __THE CLALLAM BAY CORRECTIONS CENTER__

**You must also attach a certified copy of your prison trust account statement showing transactions for the past six months.** *** See, Attachment No. One (1).

[ ] No  If "No" do not use this form.

2. Are you presently employed? [X] Yes  Employer WA. State D.O.C. Salary $10.00 monthly.  [ ] No

3. For the past twelve months, list the amount of money you have received from any of the following sources.

a. Business, profession or other self-employment          $ N/A
b. Income from rent, interest or dividends                $ N/A
c. Pensions, annuities or life insurance payments         $ N/A
d. Disability, unemployment, workers compensation or public assistance  $ N/A
e. Gifts or inheritances                                  $ N/A
f. Money received from child support or alimony           $ N/A
g. Describe any other source of income   None            $ N/A

1 Page of 5

4. List the amount for each of the following (include prison account funds):

Cash on hand $ 0.⁰⁰    Checking Account $ 0.⁰⁰    Savings Account $ .

5. Do you own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

X Yes

☐ No

> Sutton family estate. Dispute over which this case is filed. $ 500,000.⁰⁰

6. Are any persons dependent upon you for support? If Yes, state their relationship to you, and indicate how much you contribute toward their support each month. (Do not include names of minor children.)

☐ Yes

X No

> N/A Incarcerated. $ 0.⁰⁰

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

> N/A Incarcerated. $ 0.⁰⁰

8. Provide any other information that will help explain why you cannot pay court fees and costs.

> I have numerous State Court debts, other Federal filing fee-debts, and State D.O.C. debts outstanding.

I declare under penalty of perjury that the foregoing is true and correct.

10/22/2017.    *J. Lee Sutton*

**Executed on: (Date)    Signature of Applicant**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(b)

I (print your name) ____JASON  LEE  SUTTON_____

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

10/22/2017.    *J. Lee Sutton*

**Executed on: (Date)    Signature of Applicant**

2 Page of 5

## ACKNOWLEDGMENT AND AUTHORIZATION

Case Number _____

     By choosing to bring a civil action, I acknowledge I am responsible for payment of the full $350.00 filing fee under 28 U.S.C. § 1915. I authorize the agency having custody of me to collect from my account and forward to the Clerk of the United States District Court the initial partial filing fee calculated under the Certification and Calculation section and payments pursuant to 28 U.S.C. § 1915(b).

     I understand I am required to make monthly payments of twenty (20) percent of my preceding month's income credited to my account and the agency having custody of me will forward funds to the Clerk of the United States District Court each time the amount in the account exceeds ten ($10.00) dollars until the filing fee is paid in full.

10/22/2017.  _____
Date          (Signature of Applicant

JASON   LEE   SUTTON                                               730954
_____    _____
Committed Name of Applicant                                    Inmate Number

3 Page of 5

## A T T A C H M E N T    NO. ONE (1)

4 page of 5

| 10/20/2017 | Department of Corrections | PAGE: 01 OF 01 |
|---|---|---|
| TLREYES1 | CLALLAM BAY CORRECTIONS CENTER | OIRPLRAR |
| | | 10.2.1.18 |

**PLRA IN FORMA PAUPERIS STATUS REPORT**
**FOR DEFINED PERIOD : 03/31/2017   TO   09/30/2017**

| DOC# : | 0000730954 | NAME : SUTTON JASON | ADMIT DATE : | 04/25/1995 |
|---|---|---|---|---|
| DOB : | | | ADMIT TIME : | 12:05 |

| AVERAGE MONTHLY RECEIPTS | 20% OF RECEIPTS | AVERAGE SPENDABLE BALANCE | 20% OF SPENDABLE |
|---|---|---|---|
| 31.67 | 6.33 | 1.77 | 0.35 |

5 Page OF 5